IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UTAH YORK                          :        CIVIL ACTION

      vs.                           :        NO.  11cv6397

NCO FINANCIAL SYSTEMS, INC.        :

O R D E R

      **AND NOW**, this 20th day of October, 2011, **IT IS HEREBY ORDERED** that the above-captioned matter is referred to arbitration:

      1.  The case shall proceed to disposition pursuant to Local Civil Rule 53.2.

      2.  No discovery or motions, except motions in limine and motions for summary judgment or partial summary judgment, will be allowed after the arbitration except upon order of the court upon good cause shown as to why the discovery or motion requested could not have been reasonably anticipated and completed prior to the arbitration.

      3.  No brief filed in support of or in opposition to any motion shall exceed twenty-five (25) pages in length without prior leave of court.  Although a reply brief is discouraged and ordinarily not helpful, the moving party may file a reply brief, limited to a maximum of seven (7) pages, within five (5) business days of the filing of the opposing party's response.

      4.  Counsel are advised that, should any party demand a trial de novo after the filing of an arbitration award, this case will be scheduled for trial immediately upon the filing of said demand.  In that event, plaintiff's pretrial disclosure required by Fed.R.Civ.P. 26(a)(3)(A) and (C) and pretrial memorandum required by Local Civil Rule 16.1(c)(1)(2)(3)(6) and (7) shall be filed within seven (7) days of the filing of the demand for trial de novo and defendant's pretrial disclosure and pretrial memorandum required by the same rules shall be filed within fourteen (14) days of the filing of the demand for trial de novo.

      5.  Any party having an objection to the admissibility of any exhibit based on authenticity or the adequacy of the qualifications of an expert witness expected to testify, shall set forth separately each such objection in their pretrial memorandum.  Such objection shall describe with particularity the ground and the authority for the objection.

      6.  Should any party demand a trial de novo after the filing of an arbitration award, all parties are directed to advise the court within seven (7) days of the filing of the demand for trial de novo as to whether that party will consent to a reference of the matter to Magistrate Judge Elizabeth T. Hey for disposition in accordance with the provisions of 28 U.S.C. § 636(c).

                          s/William H. Yohn Jr.
                          William H. Yohn Jr., Judge